OPINION — AG — THE OKLAHOMA WATER RESOURCES BOARD DOES NOT HAVE THE AUTHORITY TO SET MANDATORY WELL SPACING PRIOR TO COMPLETION OF A HYDROLOGIC SURVEY AND ALLOCATION OF THE GROUND WATER TO THE LAND OVERLYING A BASIN OR SUB BASIN. CITE: 82 O.S. 1977 Supp., 1020.7 [82-1020.7], 82 O.S. 1977 Supp., 1020.5 [82-1020.5], 82 O.S. 1977 Supp., 1020.6 [82-1020.6] (AMALIJA J. HODGINS)